## IN THE SAME TERM OF
### *September*, 1790.

(p. 141.)

### The STATE *againft* JAMES ANDERSON.

On Habeas Corpus *of Negro* Silas *claiming his Freedom.*

*Returnable Saturday* 11th *September, and returned accord-
ingly.*

The Defendant appears with the Negro, to do and re-
ceive, &c. purfuant to Recognizance.

THE Cafe ftated by Counfel for, the Opinion of the
Court is as follows,

That on the fourth Day of December, 1761, John
Horsfield was entitled to Two Negro Girls, named Betty
and Nelly as Slaves; and on the faid fourth Day of De-
cember by his laft Will and Teftament, (then dated) made
the following Devife, " Item, my Two Negro Girls na-
" med Betty and Nelly, I leave to be fold by my Exe-
" cutors, hereafter named, for the Term of Fifteen
" Years, and at the end of that Time to be free, and

D

" the Money arifing thereby, to be equally divided a-
" mongft my Four youngeft Daughters, and they that buy
" the faid Negro Girls, if the faid Girls or either of them
" Mifbehave, or become chargeable, it muft be at the
" Rifque or Coft of the Buyer." That the faid Execu-
tors fold the faid Negro Girls to one Covenhoven, who
fold them to the prefent Defendant Anderfon, for the
Term mentioned in the Will—That Betty had a Child
(the Negro Silas) now of full Age, which Child was not
born in Matrimony.

The Court having confidered the above State of Facts,
are *are unanimoufly of Opinion*, That on the Death of
John Horsfield the Teftator, Betty ceafed to be a Slave,
that fhe ceafing to be a Slave, no Child born of her Body
can be deemed fo by the Birth of fuch Child during the
Fifteen Years, and that the Claim of James Anderfon to
hold the faid Negro Silas as a Slave, is not warranted by
Law : *Wherefore it is ordered*, That the fame Silas be li-
berated from the illegal Detention of the fame James
Anderfon, and he is hereby liberated accordingly, *ex mo-
tione* J. Bloomfield, Attorney-General.

*The Attorney-General, Fifher, Howell and Todd for the
negro.—R. Stockton and Frelinghuyfen for defendant.*

### N O T E.

*Chief Juftice Kinfey, in giving the Opinion of the Court faid,*

BY the words of the Will taken together, It appears
that the Teftator intended to increafe the Daughters'
Portions, to effect this Purpofe, he ordered the Mother
of the Negro now before the Court, and another, to be
fold by his Executors for the Term of Fifteen Years,
and every Conftruction which will not detract from this
Intention fhould be made in a Cafe of this Nature—It is
alfo evident that the Teftator forefeeing probably, that
fome Means might, after his Death, be made ufe of to
fruftrate his benevolent Defign, took care to guard againft
it, by ordering that whoever fhould purchafe thefe Ne-
groes, the Purchafers fhould run all Rifques, and be at
all the Expence which fhould arife from their Mifbehavi-
our, the moft probable Grounds on which that Attempt
might be made—The Chief Juftice was of Opinion, that
thefe words take in the Fact which has happened, and
the Purchafer ought not to avail himfelf of it by making
a Slave of the Child—

## IN THE SAME TERM OF
## *September*, 1790.

(p. 120.)

---

He thought this might be fufficient to fay on the prefent Occafion, but he would go further, and fay that in his Opinion, at the Death of the Teftator, the two Negro Women were not Slaves, no body at that Time had that abfolute Property in either, which diftinguifhes the Slave from what we call a Servant, and the Retention of the tempo-rary Intereft excludes that Suppofition intirely—The Ar-gument made ufe of by the Counfel for the Claimant, from the Word *fell*, might have had fome Weight if it had not been coupled with and explained by the particular Time to which it applies, but taken together, it is of no kind of Confequence, neither could he give his affent to the Idea fuggefted that both were Slaves until the Expiration of the Fifteen Years : Indeed the thought in his Opinion was abfurd, for he had no other Idea of a Slave but where, the Servitude is perpetual, or in other Words for Life—Neither did he fee the Impropriety of fuppofing, that the Right to Freedom fubject to the Temporary fer-vitude, might veft in the Negro at the Death of the Tefta-tor—If this be fo, and if the Mifbehaviour of the Mothers were not to affect themfelves, he could not bring himfelf to entertain an Opinion that it fhould affect their innocent offspring and make them Slaves : all that Anderfon bought was the Service of the Mother for a Term of Years, and that too fubject to all Rifques : As the Party buying, had nothing elfe in Contemplation, no Conftruction can be unjuft which gives that Right in the fulleft extent to him, and if he fuffers by his Bargain, it is no more than he un-dertook to fubject himfelf to, and a Conftruction of this Nature appeared much more Rational than one which fubjects a human Creature to be a Slave for no Fault of his own. For thefe Reafons the Court were unanimouf-ly of Opinion that the Claim of James Anderfon is un-founded and the Negro Boy fhould be liberated from his Cuftody.